UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGI BLAZHEV GARKOV,

            Plaintiff,

  v.

THE PENTAGON, *et al.*,

            Defendants.

Case No. C25-90-JHC

ORDER

      Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) After the Court issued an order to show cause why Plaintiff's application should not be denied (dkt. # 3), Plaintiff submitted a letter further clarifying his financial situation. (Dkt. # 4.) Based on Plaintiff's IFP application as clarified, Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

      //

ORDER - 1

Dated this 5th day of March, 2025.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2