UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGI BLAZHEV GARKOV,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PENTAGON, et al.,<br>　　　　　　Defendants. | CASE NO. 25-cv-0090-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. On July 10, 2025, the Court ordered Plaintiff to show cause within 10 days why this action should not be dismissed for failure to comply with Rule 4(m). Dkt. # 12. More than 10 days later, Plaintiff still does not appear to have served any Defendant.

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendants with a summons and copy of the complaint. Fed. R. Civ. P. 4. This rule also sets forth the specific requirements for doing so. *Id.* Rule 4(m), which provides the timeframe in which service must be effectuated, states in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a

ORDER - 1

specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id*.

Plaintiff's Complaint was filed on March 5, 2025. Dkt. # 1. Thus, to comply with Rule 4(m), Defendants named in Plaintiff's Complaint needed to be served by June 3, 2025. But, based on the record, Plaintiff has yet to serve any of the Defendants.

Accordingly, the Court DISMISSES this action without prejudice.

Dated this 22nd day of July, 2025.

John H. Chun
United States District Judge

ORDER - 2